**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DANIEL LUDDEN ) | |
| ) | Case No. 4:14-CV-01110-RLW |
| Plaintiff, ) | |
| ) | |
| THE CITY OF MARYLAND HEIGHTS, ) | |
| OFFICER GIL WEINGART, IN HIS ) | |
| INDIVIDUAL CAPACITY, ) | |
| OFFICER CHRIS LANDUYT, IN HIS ) | **PLAINTIFF DEMANDS TRIAL** |
| INDIVIDUAL CAPACITY, ) | **BY A JURY** |
| RANDY NOLAND, IN HIS INDIVIDUAL ) | |
| CAPACITY, AND ) | |
| JIM FOSSELL, IN HIS INDIVIDUAL ) | |
| CAPACITY ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SETTLEMENT AND RESPONSE
TO THE COURT'S ORDER OF APRIL 28, 2015**

COMES NOW Plaintiff, Daniel Ludden, and notifies the Court that the matters in dispute have been resolved by an agreement to settle.

A Stipulation for Dismissal will be filed within the next 60 days.

In response to the Court's Order of April 28, 2015 (ECF No. 25), the parties failed to designate a mediator within the time required because they were in the process of completing an agreement to settle.

/s/ David M. Duree
David M. Duree, MBE 21003
David M. Duree & Associates, P.C.
312 South Lincoln Avenue
P.O. Box 1416
O'Fallon, IL 62269
Tel: 314-621-5751
Fax: 314-621-0322
Email: law@dmduree.net
*Attorney for Plaintiff, Daniel Ludden*

**CERTIFICATE OF SERVICE**

   A copy of the foregoing was filed electronically with the Clerk of the Court this 29th day of April 2015, to be served by operation of the Court's electronic filing system upon the following:

plunkert@pspclaw.com
dunne@pspclaw.com
Mr. Peter Dunn
Mr. Robert T. Plunkert
Pitzer Snodgrass, P.C.
100 South Fourth Street, Suite 400
St. Louis, MO 63102-1821

*Attorneys for Defendants,*
*Maryland Heights Police Department, the City*
*Of Maryland Heights, Officer Gil Weingart,*
*Officer Chris Landuyt, Randy Noland and*
*Jim Fossel*

             /s/ David M. Duree
             David M. Duree
             David M. Duree & Associates, P.C.